IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BRUCE LEAVELLE BROWN,

    Plaintiff,

v.

JOHN BLOODWORTH; RICHARD
FOSKEY; ALMA TIMES NEWSPAPER;
and STEVEN TEASLEY,

    Defendants.

CIVIL ACTION NO.: CV510-008

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that Defendant Bloodworth and Defendant Foskey are crooked cops, and he can prove it. Plaintiff also asserts that the warrant that was issued against him was an old warrant for his brother, and the date had been copied over with a new date. Plaintiff attempts to explain the charges which were filed against him and why he should not be charged with those offenses.

Plaintiff's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims, contained in his Complaint and in his Objections, do not set forth claims for relief

pursuant to 42 U.S.C. § 1983. Thus, Plaintiff's Complaint is **DISMISSED**, with prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 26 day of July, 2010.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA